KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-8; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.  2:22-cv-00179-APG-DJA <br><br> **STIPULATION AND ORDER REGARDING EXTENSTION OF TIME TO FILE RESPONSES** |

SFR Investments Pool 1, LLC ("SFR"), U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 ("US Bank") and Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar") hereby stipulate as follows:

1.      Currently, SFR's response to U.S. Bank/Nationstar's motion to dismiss [ECF No. 10] is due on March 4, 2022.

- 1 -

2.     Currently, U.S. Bank/Nationstar's response to SFR's motion for preliminary injunction [ECF No. 9] is due March 4, 2022.

3.     Both parties require additional time to adequately respond to the respective motions, and agree to extend the response deadline to March 11, 2022.

4.     Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| | |
|---|---|
| Dated this 3rd day of March, 2022 | Dated this 3rd day of March, 2022. |
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| /s/Brody R. Wight<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste 200<br>Las Vegas, NV 89123<br>*Counsel for U.S. Bank and Nationstar* | /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

DATED:  March 4, 2022

_____
U.S. DISTRICT COURT JUDGE