1   BRODY R. WIGHT, ESQ.
    Nevada Bar No. 13615
2   TROUTMAN PEPPER HAMILTON SANDERS LLP
3   8985 S. Eastern Ave., Ste. 200
    Las Vegas, NV  89123 *(Nevada Office)*
4   Tele: (470) 832-5586
    Fax: (404) 962-6800
5   brody.wight@troutman.com

6   TROUTMAN PEPPER HAMILTON SANDERS LLP
7   600 Peachtree St. NE #3000
    Atlanta, GA 30308 *(Corporate Office)*
8   *Attorney for Defendants Nationstar*
    *Mortgage LLC, dba Mr. Cooper and*
9   *U.S. Bank National Association , as*
    *Trustee for Harborview Mortgage*
10  *Loan Trust 2005-8, Mortgage Loan*
    *Passthrough Certificates, Series*
11  *2005-8*

12

13                  **UNITED STATES DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

15  SFR INVESTMENTS POOL 1, LLC         Case No.:  2:22-cv-00179-APG-DJA

16                         Plaintiff,
    v.                                   **STIPULATION AND ORDER TO**
17                                       **EXTEND THE DEADLINES TO FILE**
    NATIONSTAR MORTGAGE LLC, DBA MR.     **REPLIES IN SUPPORT OF THE**
18  COOPER; U.S. BANK NATIONAL           **MOTION FOR PRELIMINARY**
    ASSOCIATION, AS TRUSTEE FOR          **INJUNCTION AND TO THE MOTION**
19  HARBORVIEW MORTGAGE LOAN TRUST       **TO DISMISS**
    2005-8, MORTGAGE LOAN PASSTHROUGH
20  CERTIFICATES, SERIES 2005-8; DOES I
    through X; and ROE CORPORATIONS I
21  through X, inclusive,

22                         Defendants.

23

24        Nationstar Mortgage, LLC (**Nationstar**) and U.S. Bank National Association, as trustee

25  for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Passthrough Certificates, Series

26  2005-8 (**U.S. Bank**) (together the Defendants shall be referred to as **Defendants**) and Plaintiff

27  SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

28
                                    Page 1
    124832219

1.      Currently, Defendant's reply in support of their motion to dismiss [ECF No. 10] is due on March 21, 2022.

2.      Currently, SFR's reply in support of their motion for preliminary injunction [ECF No. 9] is due March 21, 2022.

3.      Both parties require additional time to adequately respond to the respective motions and agree to extend the response deadline to March 28, 2022.

4.      Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED March 18, 2022.

| | |
|---|---|
| By:   /s/ Brody R. Wight<br>Brody R. Wight<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>600 Peachtree St. NE #3000<br>Atlanta, GA 30308 *(Corporate Office)*<br>Tele: (470) 832-5586<br>Fax: (404) 962-6800<br>brody.wight@troutman.com<br>*Attorneys for Defendants Nationstar*<br>*Mortgage LLC, dba Mr. Cooper and U.S.*<br>*Bank National Association, as Trustee for*<br>*Harborview Mortgage Loan Trust 2005-8,*<br>*Mortgage Loan Passthrough Certificates,*<br>*Series 2005-8* | By:   /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar Number 9578<br>HANKS LAW GROUP<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: karen@hankslg.com<br>*Attorney SFR Investments Pool 1, LLC* |

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that any replies in support of the Motion for Preliminary Injunction and the Motion to Dismiss filed by Defendant Nationstar Mortgage LLC (ECF No. 9) and (ECF No. 10), which was filed on March 21, 2022, shall be filed by March 28, 2022.

Dated this  21st  day of   March        , 2022

DISTRICT COURT JUDGE

124832219