KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-8; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.  2:22-cv-00179-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS** |

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel, Hanks Law Group and Nationstar Mortgage, LLC d/b/a Mr. Cooper and U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 ("Defendants"), by and through its counsel, Troutman Pepper Hamilton Sanders, LLP hereby

…

…

…

…

- 1 -

stipulate and agree that all claims alleged in SFR's amended complaint are hereby dismissed with prejudice, with each side to bear its own attorney's fees and costs.

| DATED this 6th day of February, 2023. | DATED this 6th day of February, 2023. |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Chantel M. Schimming* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> Telephone: (702) 758-8434 <br> Email:  chantel@hankslg.com <br> *Attorneys for SFR Investments Pool 1, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste 200 <br> Las Vegas, NV 89123 <br> *Attorneys for U.S. Bank and Nationstar* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: February 7, 2023